J. T. BALLARD AND WIFE, M. A. BALLARD, v. JOHN METCALF, BERRY
ENGLISH, JOHN McELROY, TRUSTEE, AND R. W. WILSON.

(Filed 27 September, 1939.)

Venue § 2a—

An action by creditors to enjoin foreclosure of a deed of trust on the
debtor's land and for the appointment of a receiver is properly removed
to the county in which the land is situate upon defendants' motion.

APPEAL by plaintiffs from *Ervin, Jr., J.,* at January Special Term,
1939, of YANCEY. Affirmed.

*Charles Hutchins for plaintiffs, appellants.*
*Roberts & Baley and John H. McElroy for defendants, appellees.*

PER CURIAM. Plaintiffs brought this action to restrain the sale of
lands in Madison County under judgment of the Superior Court of that
county, and under the power of sale contained in the mortgage deed,
upon the grounds that such sale would sacrifice the value of the property
and leave nothing to which other creditors might resort for the payment
of their debts. They asked for the appointment of a receiver, to the end
that the property might be more orderly administered, which they claim
might accomplish the full satisfaction of their debts.

The defendants, in apt time, entered a motion for the removal of the
cause to Madison County, where the lands lie, as the proper venue for
trial. The plaintiffs appealed from the order of removal.

The order of removal was proper, and the judgment is

Affirmed.